DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PLATINUM INVESTMENT PROPERTIES, LLC,**
Appellant,

v.

**AAA STAR BAIL BONDS, INC.,**
Appellee.

No. 4D2024-3045

[December 18, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 502024CA003779.

Jeffrey Harrington of Harrington Legal Alliance, West Palm Beach, for appellant.

John M. Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

*     *     *

***Not final until disposition of timely-filed motion for rehearing.***